STEPHEN E. STRAUSS

          Plaintiff(s)

- against -

Index # 08 CV 1862 (CHIN)

Purchased February 25, 2008

ARCHITECTURAL INTERIOR MAINTENANCE, INC., ETANO

          Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

LUIS AGOSTINI BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on March 7, 2008 at 12:29 PM at

888 LONGFELLOW AVENUE
BRONX, NY 10474

deponent served the within SUMMONS AND COMPLAINT on JOAN L. BOYD, AS OWNER OF ARCHITECTURAL INTERIOR MAINTENANCE, INC. therein named,

**SUITABLE AGE**    by delivering thereat a true copy of each to RUTH ANDREWS a person of suitable age and discretion. Said premises is Defendant's actual place of business within the state. She identified herself as the CO-WORKER of the Defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | WHITE | 64 | 5'1 | 150 |

GLASSES

**MAILING**    Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's actual place of business at

888 LONGFELLOW AVENUE
BRONX, NY 10474

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on March 10, 2008 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

**MILITARY SERVICE**    Person spoken to was asked whether the Defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the Defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on:  March 10, 2008

| | | | |
|---|---|---|---|
| JOEL GRABER | JOSEPH KNIGHT | JONATHAN GRABER | LUIS AGOSTINI |
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | License #: 1027732 |
| No. 02GR4699723 | No. 01KN6178241 | No. 01GR6156780 | Invoice #: 458098 |
| Qualified in New York County | Qualified in New York County | Qualified in New York County | |
| Expires February 10, 2010 | Expires November 26, 2011 | Expires December 4, 2010 | |

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY  10007 - (212) 619-0728

PHEN E. STRAUSS

                                         Plaintiff(s)

               - against -

CHITECTURAL INTERIOR MAINTENANCE, INC., ETANO

                                         Defendant(s)

Index # 08 CV 1862 (CHIN)

Purchased February 25, 2008

**AFFIDAVIT OF SERVICE**

TE OF NEW YORK: COUNTY OF NEW YORK  ss:

AGOSTINI BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF HTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

on March 7, 2008 at 12:29 PM at

LONGFELLOW AVENUE
NX, NY 10474

nent served the within SUMMONS AND COMPLAINT on JOAN L. BOYD, AS OWNER OF JOHN LANGENBACHER COMPANY, therein named,

TABLE     by delivering thereat a true copy of each to RUTH ANDREWS a person of suitable age and discretion. Said premises is Defendant's actual place of business within the state. She identified herself as the CO-WORKER of the Defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | WHITE | 64 | 5'1 | 150 |

GLASSES

LING     Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's actual place of business at

888 LONGFELLOW AVENUE
BRONX, NY 10474

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on March 10, 2008 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

TARY     Person spoken to was asked whether the Defendant was in the military service of the State of New York or the United
VICE     States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the Defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

rn to me on:  March 10, 2008

GRABER
y Public, State of New York
2GR4699723
ied in New York County
es February 10, 2010

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Expires November 26, 2011

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Expires December 4, 2010

**LUIS AGOSTINI**
License #: 1027732
Invoice #: 458098

UNITED PROCESS SERVICE, INC.  3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728

STEPHEN E. STRAUSS

Plaintiff(s)

Index # 08 CV 1862 (CHIN)

- against -

Purchased February 25, 2008

ARCHITECTURAL INTERIOR MAINTENANCE, INC., ETANO

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

LUIS AGOSTINI BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on March 7, 2008 at 12:29 PM at

888 LONGFELLOW AVENUE
BRONX, NY 10474

Deponent served the within SUMMONS AND COMPLAINT on JOAN L. BOYD, INDIVIDUALLY therein named,

**SUITABLE AGE**  by delivering thereat a true copy of each to RUTH ANDREWS a person of suitable age and discretion. Said premises is Defendant's actual place of business within the state. She identified herself as the CO-WORKER of the Defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | WHITE | 64 | 5'1 | 150 |

GLASSES

**MAILING**  Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's actual place of business at

888 LONGFELLOW AVENUE
BRONX, NY 10474

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on March 10, 2008 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

**MILITARY SERVICE**  Person spoken to was asked whether the Defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the Defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: March 10, 2008

| MEL GRABER | JOSEPH KNIGHT | JONATHAN GRABER | LUIS AGOSTINI |
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | License #: 1027732 |
| No. 02GR4699723 | No. 01KN6178241 | No. 01GR6156780 | Invoice #: 458098 |
| Qualified in New York County | Qualified in New York County | Qualified in New York County | |
| Expires February 10, 2010 | Expires November 26, 2011 | Expires December 4, 2010 | |

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728