Stephen E. Strauss,

                                  Plaintiff(s)

                  -against-

Architectural Interior Maintenance Inc., et al.,

                                  Defendant(s)

**AFFIDAVIT OF SERVICE**
Case No. 08 CV 1862

State of New York )
                    ss:
County of Albany )

Mary M. Bonville, being duly sworn, deposes and says:

Deponent is over the age of eighteen and is a resident of New York State and is not a party to this action. That on March 5, 2008 at approximately 1:05 PM deponent served the following specific papers pursuant to Section 306 of the Business Corporation Law, Summons in a Civil Action and Complaint, that the party served was John Langenbacher Co. Inc., a domestic business corporation, one of the defendants in this action, by personally serving two copies of the aforesaid papers at the office of the NYS Secretary of State located at 99 Washington Avenue, 6th Floor, in the City of Albany, New York by delivering to and leaving papers with Carol Vogt, a white female with brown hair, being approximately 46-55 years of age; height of 5'0" - 5'3", weight of 100-130 lbs., being an authorized person in the Corporation Division of the Department of State and empowered to receive such service. That at the time of making such service, deponent paid the fee prescribed by Law in the amount of $40.00.

                                                                      Mary M. Bonville

Sworn to before me this 5th day of March, 2008

Ruth A. Dennehey
Notary Public — State of New York
Qualified in Albany County
Registration No. 01DE4729775
Commission Expires: 11-30-2010

STEPHEN E. STRAUSS

Plaintiff(s)

- against -

Index # 08 CV 1862 (CHIN)

ARCHITECTURAL INTERIOR MAINTENANCE, INC., ETANO

Purchased February 25, 2008

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

LUIS AGOSTINI BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on March 7, 2008 at 12:29 PM at

888 LONGFELLOW AVENUE
BRONX, NY10474

deponent served the within SUMMONS AND COMPLAINT on JOHN LANGENBACHER COMPANY, INC. therein named,

CORPORATION  a DOMESTIC corporation by delivering thereat a true copy of each to RUTH ANDREWS personally, deponent knew said corporation so served to be the corporation described in said SUMMONS AND COMPLAINT as said Defendant and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | WHITE | 64 | 5'1 | 150 |
| GLASSES | | | | | |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: March 10, 2008

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Expires February 10, 2010

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Expires November 26, 2011

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Expires December 4, 2010

LUIS AGOSTINI
License #: 1027732
Invoice #: 458098

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728