AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

Stephen E. Straus

v.

Architectural Interior Maintenance, Inc. et al.

**APPEARANCE**

Case Number: 08 CV 1862

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
Defendant Michael Hanrahan

I certify that I am admitted to practice in this court.

3/25/2008
Date

*George Hinckley Jr.*
Signature

George Hinckley                              GH -- 7511
Print Name                                   Bar Number

Traiger & Hinckley LLP, 880 3rd Ave. 9th Floor
Address

New York              NY              10022-4730
City                  State           Zip Code

(212) 759-4933                        (212) 656-1531
Phone Number                          Fax Number