UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------------X
STEPHEN E. STRAUSS,                                                                   NOTICE OF
                                                                                      APPEARANCE
                Plaintiff,

                                                                                              Judge Chin
    -against-                                                                        08-CV-1862

ARCHITECTURAL INTERIOR MAINTENANCE, INC.,
JOHN LANGENBACHER COMPANY, INC.,
JOAN L. BOYD, as Owner of Architectural Interior
Maintenance, Inc., JOAN L. BOYD, as Owner of
John Langenbacher Company, Inc. and JOAN L BOYD
Individually, MATTHEW H. BOYD, as President of
Architectural Interior Maintenance, MATTHEW H. BOYD,
as CEO of John Langenbacher Company, Inc., and
MATTHEW H. BOYD, Individually, WILLIAM BOYD, as
 former President of John Langenbacher Company Inc.,
and WILLIAM BOYD, Individually, MICHAEL HANRAHAN,
as Corporate Attorney for Architectural Interior Maintenance,
Inc., and MICHAEL HANRAHAN, Individually,

                Defendants.
------------------------------------------------------------------------------------X

        **IT IS HEREBY CONSENTED** that Michael H. Masri, Esq.. of Meltzer, Lippe, Goldstein & Breitstone, LLP hereby appears on behalf of the defendants ARCHITECTURAL INTERIOR MAINTENANCE, INC., JOHN LANGENBACHER COMPANY, INC., JOAN L. BOYD, as Owner of Architectural Interior Maintenance, Inc., JOAN L. BOYD, as Owner of John Langenbacher Company, Inc. and JOAN L BOYDIndividually, MATTHEW H. BOYD, as President of Architectural Interior Maintenance, MATTHEW H. BOYD, as CEO of John Langenbacher Company, Inc., and  MATTHEW H. BOYD, Individually, in  the above entitled action.

Dated:  March 26, 2008
        Mineola, New York

                                                        /s/ Michael H. Masri
                                                        Michael H. Masri (MM 3540)
                                                        Meltzer, Lippe, Goldstein & Breitstone, LLP
                                                        190 Willis Avenue
                                                        Mineola, NY 11501
                                                        (516) 747-0300

IManage:427684.1