```
---------------------------------------------------------------------X
STEPHEN E. STRAUSS,
                        Plaintiff,
                                                          Judge Chin
        -against-                                         08-CV-1862

ARCHITECTURAL INTERIOR MAINTENANCE, INC.,
JOHN LANGENBACHER COMPANY, INC.,
JOAN L. BOYD, as Owner of Architectural Interior
Maintenance, Inc., JOAN L. BOYD, as Owner of
John Langenbacher Company, Inc. and JOAN L BOYD
Individually, MATTHEW H. BOYD, as President of
Architectural Interior Maintenance, MATTHEW H. BOYD,
as CEO of John Langenbacher Company, Inc., and
MATTHEW H. BOYD, Individually, WILLIAM BOYD, as
 former President of John Langenbacher Company Inc.,
and WILLIAM BOYD, Individually, MICHAEL HANRAHAN,
as Corporate Attorney for Architectural Interior Maintenance,
Inc., and MICHAEL HANRAHAN, Individually,

                        Defendants.
---------------------------------------------------------------------X
```

## NOTICE  OF  CHANGE  OF  ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: _John Comiskey_

☐    *Attorney*

☒    I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
        _JC6883_

☐    I am a Pro Hac Vice attorney

☐    I am a Government Agency attorney

☒    *Law Firm/Government Agency Association*

    From: _Rivkin Radler LLP 926 RexCorp Plaza, Uniondale, NY 11556_

    To: _Meltzer Lippe Goldstein & Breitstone, LLP, 190 Willis Ave, Mineola NY 11501_

☒    I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐    I am no longer counsel of record on the above-entitled case. An order withdrawing my
        appearance was entered on _____ by Judge _____

☐    *Address:*            _190 Willis Avenue, Mineola, NY 11501_

☐    *Telephone Number:*    _(516) 747-0300_

☐    *Fax Number:*          _(516) 237-2893_

☐    *E-Mail Address:*      _jcomiskey@meltzerlippe.com_

Dated: _3/27/08_                        _John Comiskey_