UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------------------X
STEPHEN E. STRAUSS,

                Plaintiff,

   -against-

ARCHITECTURAL INTERIOR MAINTENANCE, INC.,
JOHN LANGENBACHER COMPANY, INC.,
JOAN L. BOYD, as Owner of Architectural Interior
Maintenance, Inc., JOAN L. BOYD, as Owner of
John Langenbacher Company, Inc. and JOAN L BOYD
Individually, MATTHEW H. BOYD, as President of
Architectural Interior Maintenance, MATTHEW H. BOYD,
as CEO of John Langenbacher Company, Inc., and
MATTHEW H. BOYD, Individually, WILLIAM BOYD, as
 former President of John Langenbacher Company Inc.,
and WILLIAM BOYD, Individually, MICHAEL HANRAHAN,
as Corporate Attorney for Architectural Interior Maintenance,
Inc., and MICHAEL HANRAHAN, Individually,

                Defendants.
----------------------------------------------------------------------------------X

**NOTICE OF APPEARANCE**

Judge Chin
08-CV-1862

     **IT IS HEREBY CONSENTED** that John Comiskey, Esq.. of Meltzer, Lippe, Goldstein & Breitstone, LLP hereby appears on behalf of the defendants ARCHITECTURAL INTERIOR MAINTENANCE, INC., JOHN LANGENBACHER COMPANY, INC., JOAN L. BOYD, as Owner of Architectural Interior Maintenance, Inc., JOAN L. BOYD, as Owner of John Langenbacher Company, Inc. and JOAN L BOYDIndividually, MATTHEW H. BOYD, as President of Architectural Interior Maintenance, MATTHEW H. BOYD, as CEO of John Langenbacher Company, Inc., and  MATTHEW H. BOYD, Individually, in  the above entitled action.

Dated:  March 26, 2008
      Mineola, New York

                                    /s/ John Comiskey         ..
                                    John Comiskey (JC 6883)
                                    Meltzer, Lippe, Goldstein & Breitstone, LLP
                                    190 Willis Avenue
                                    Mineola, NY 11501
                                    (516) 747-0300