LAW OFFICES

# MELTZER, LIPPE, GOLDSTEIN & BREITSTONE, LLP

190 WILLIS AVENUE, MINEOLA, NY 11501

TELEPHONE: (516) 747-0300

FACSIMILE: (516) 747-0653

INTERNET: www.meltzerlippe.com

John M. Comiskey, Esq.
Direct Dial: (516) 747-0300, Ext. 124
Email: jcomiskey@meltzerlippe.com

*Teleconference Facilities*

March 27, 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/08
```

**Via Facsimile (212-805-7906) Only**
Honorable Denny Chin
United States District Court
Southern District of New York
500 Pearl Street, Room 1020
New York, New York 10007

Re: Strauss v. Architectural Interior Maintenance, Inc., et al.
    Case Number: 08 CV 1862
    MLGB File No.: 09933-00010

Dear Judge Chin:

We represent defendants, Architectural Interior Maintenance, Inc. ("AIM"), John Langenbacher Company, Inc. ("Langenbacher"), Joan L. Boyd, and Matthew H. Boyd in the above-referenced matter. We write to request that Your Honor "So Order" an extension of time for AIM, Langenbacher, Joan L. Boyd, and Matthew H. Boyd to answer the Complaint. Though we have not been able to ascertain precise dates that each of our clients were served with the Complaint, we understand that an employee of Langenbacher was served on March 7, 2008, in which case Langenbacher would have until March 27, 2008 to interpose an answer to the Complaint. Our clients have not previously requested an extension of time to answer and we have spoken with Jason M. Wolf, Esq., plaintiff's counsel, who advised that he consented to a thirty (30) day extension of time for our clients to answer the Complaint such that a response would be due on April 28, 2008. Accordingly, we respectfully request that Your Honor "So Order" our request granting our clients until April 28, 2008 to answer the Complaint.

Approved.
SO ORDERED.
[signature]
USDJ 3/31/08

Respectfully Submitted,

[signature]
John M. Comiskey (JC 6883)

cc: Jason M. Wolf, Esq. (Via Facsimile)

**ML Meltzer Lippe**
*Long Island's Business Law Firm*