UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHEN E. STRAUSS,

    Plaintiff,

 -against-

ARCHITECTURAL INTERIOR MAINTENANCE, INC., JOHN LANGENBACHER COMPANY, INC., JOAN L. BOYD, as Owner of Architectural Interior Maintenance, Inc., JOAN L. BOYD, as Owner of John Langenbacher Company, Inc., and JOAN L. BOYD Individually, MATTHEW H. BOYD, as President of Architectural Interior Maintenance, MATTHEW H. BOYD as CEO of John Langenbacher Company, Inc., and MATTHEW H. BOYD, Individually, WILLIAM BOYD, as former President of John Langenbacher Company Inc., and WILLIAM BOYD, Individually, MICHAEL HANRAHAN, as Corporate Attorney for Architectural Interior Maintenance, Inc., and MICHAEL HANRAHAN, Individually,

    Defendants.

Index No. 08 CV 1862 (DC)

STIPULATION EXTENDING TIME TO ANSWER OR MOVE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/2008

  IT IS HEREBY STIPULATED, by and between the undersigned counsel for the parties as follows:

  1. Defendant Michael Hanrahan's time to answer or move with respect to the Complaint is extended until May 1, 2008.

  2. A facsimile copy of this Stipulation may be treated as an original.

Dated: March 26, 2008

TRAIGER & HINCKLEY LLP

By: George R. Hinckley Jr. (GH-7511)

880 Third Avenue
New York, New York 10022-4730
Tel. (212) 759-4933
Fax (212) 656-1531
Email: grh@hinckley.org
Attorneys for Defendant Michael Hanrahan

WOLF & WOLF, LLP

By: Jason M. Wolf (JW-6332)

910 Grand Concourse, Ste. 1F
Bronx, NY 10451
718-410-2323
Fax: 718-588-8035
Email: jmw308@aol.com
Attorneys for Plaintiff

SO ORDERED

_____
U. S. D. J.

3/31/08