USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

STEPHEN E. STRAUSS,

               Plaintiff,

   - against -

ARCHITECTURAL INTERIOR MAINTENANCE,
INC., et al.,

               Defendants.

----------------------------------------x

08 Civ. 1862 (DC)

STIPULATION

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the respective parties, that the time for the defendant William Boyd to answer or move with respect to the Complaint is extended to May 1, 2008.

Dated:  New York, New York
        March 28, 2008

O'DONNELL & FOX, P.C.

By: _William G. O'Donnell, Jr._ (signature)
   William G. O'Donnell, Jr.
   Attorneys for Defendant
    William Boyd
   880 Third Avenue, 9th Fl.
   New York, NY 10022
   (212) 319-0600

WOLF & WOLF LLP

By: _Jason M. Wolf_ (signature)
   Jason M. Wolf
   Attorneys for Plaintiff
   910 Grand Concourse, S. 1F
   Bronx, NY 10451
   (718) 410-0653

SO ORDERED.

_(signature)_       sPJ
4/23/08