LAW OFFICES

# MELTZER, LIPPE, GOLDSTEIN & BREITSTONE, LLP

190 WILLIS AVENUE, MINEOLA, NY 11501

TELEPHONE: (516) 747-0300

FACSIMILE: (516) 747-0653

INTERNET: www.meltzerlippe.com

John M. Comiskey, Esq.
Direct Dial: (516) 747-0300, Ext. 124
Email: jcomiskey@meltzerlippe.com

*Teleconference Facilities*

## MEMO ENDORSED

April 24, 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/28/2008
```

**Via Facsimile (212-805-7906) Only**
Honorable Denny Chin
United States District Court
Southern District of New York
500 Pearl Street, Room 1020
New York, New York 10007

Re:   Strauss v. Architectural Interior Maintenance, Inc., et al.
      Our Clients: Architectural Interior Maintenance,
           John Langenbacher Company, Inc.,
           Joan L. Boyd, and Matthew H. Boyd
      Case Number: 08 CV 1862
      MLGB File No.: 09933-00030

Dear Judge Chin:

We represent defendants, Architectural Interior Maintenance, Inc. ("AIM"), John Langenbacher Company, Inc. ("Langenbacher"), Joan L. Boyd, and Matthew H. Boyd in the above-referenced matter. We write request that Your Honor "So Order" a further extension of time for AIM, Langenbacher, Joan L. Boyd, and Matthew H. Boyd to answer the Complaint. Our clients were previously granted an extension of time which expires on April 28, 2008. However, we have discussed the issues in the case with plaintiff's counsel, Jason M. Wolf, Esq., concerning a potential resolution of the case.

We anticipate that it will take several weeks to discuss settlement and if settlement is not reached, then to engage in dialogue to narrow the issues in the case. Mr. Wolf has advised us he plans to withdraw the Third Cause of Action against AIM, Langenbacher, Joan L. Boyd, and Matthew H. Boyd and we have discussed the viability of the remaining causes of action. Furthermore, Mr. Wolf indicated he intends to withdraw the Complaint in its entirety as against William Boyd and possibly another defendant. Finally, Mr. Wolf consented to an extension of time for our clients to answer the Complaint such that a response would be due on May 20, 2008, provided, of course, that we are not able to resolve this case prior to our answer being due.



Long Island's Business Law Firm ®

MELTZER, LIPPE, GOLDSTEIN & BREITSTONE, LLP

Honorable Denny Chin
April 24, 2008
Page 2

    We note that in addition to requiring time to explore settlement and resolve outstanding issues, the extension also takes into consideration the fact that Mr. Wolf advised us that his wife is pregnant and is expected to give birth at some point in the next few weeks, which could delay our discussions concerning potential resolution and narrowing of the issues if we are not able to resolve the case.

Respectfully Submitted,

*/s/ John M. Comiskey*
John M. Comiskey (JC 6883)

cc: Jason M. Wolf, Esq. (Via Facsimile)

SO ORDERED
4/28/08

430062-1