LAW OFFICES

# MELTZER, LIPPE, GOLDSTEIN & BREITSTONE, LLP

190 WILLIS AVENUE, MINEOLA, NY 11501

TELEPHONE: (516) 747-0300

FACSIMILE: (516) 747-0653

INTERNET: www.meltzerlippe.com

John M. Comiskey, Esq.
Direct Dial: (516) 747-0300, Ext. 124
Email: jcomiskey@meltzerlippe.com

*Teleconference Facilities*

## MEMO ENDORSED

May 19, 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/2008
```

**Via Facsimile (212-805-7906) Only**
Honorable Denny Chin
United States District Court
Southern District of New York
500 Pearl Street, Room 1020
New York, New York 10007

    Re:    Strauss v. Architectural Interior Maintenance, Inc., et al.
            Our Clients: Architectural Interior Maintenance,
                   John Langenbacher Company, Inc.,
                   Joan L. Boyd, and Matthew H. Boyd
            Case Number: 08 CV 1862
            MLGB File No.: 09933-00030

Dear Judge Chin:

       We represent defendants, Architectural Interior Maintenance, Inc. ("AIM"), John Langenbacher Company, Inc. ("Langenbacher"), Joan L. Boyd, and Matthew H. Boyd in the above-referenced matter. We write request that Your Honor "So Order" a further extension of time for AIM, Langenbacher, Joan L. Boyd, and Matthew H. Boyd to answer the Complaint. Our clients were previously granted two extensions of time, the most recent of which expires on May 20, 2008. During the past several weeks we have been in settlement talks with Jason M. Wolf, Esq., counsel for Plaintiff, and we recently provided Mr. Wolf with a proposed settlement agreement.

       We anticipate that it will take additional time to finalize a settlement (provided one can be reached) and to provide documentation that Mr. Wolf has requested from our clients in connection with the proposed settlement. To avoid further requests for an extension of time, Mr. Wolf has agreed to extend the time for defendants, AIM, Langenbacher, Joan L. Boyd, and



*Long Island's Business Law Firm*

MELTZER, LIPPE, GOLDSTEIN & BREITSTONE, LLP

Matthew H. Boyd *sine dine*. In the unlikely event that a settlement is not reached, we agree to immediately notify the Court with a proposed date to submit an answer on behalf of our clients.

Respectfully Submitted,

*John M. Comiskey*
John M. Comiskey (JC 6883)

cc:   Jason M. Wolf, Esq. (Via Facsimile)
      George R. Hinckley, Jr., Esq. (Via Facsimile)

---

SO ORDERED

This application is DENIED; an open-ended extension is not acceptable. Defendants' time to respond to the complaint is extended until June 20, 2008; this is the *final* such extension. This extension applies to defendant Hanratan as well.

SO ORDERED.

*[signature]* DC  5/20/08