UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------------X
STEPHEN E. STRAUSS,                                        NOTICE OF
                                                           APPEARANCE
                  Plaintiff,
                                                           Judge Chin
   -against-                                              08-CV-1862

ARCHITECTURAL INTERIOR MAINTENANCE, INC.,
JOHN LANGENBACHER COMPANY, INC.,
JOAN L. BOYD, as Owner of Architectural Interior
Maintenance, Inc., JOAN L. BOYD, as Owner of
John Langenbacher Company, Inc. and JOAN L BOYD
Individually, MATTHEW H. BOYD, as President of
Architectural Interior Maintenance, MATTHEW H. BOYD,
as CEO of John Langenbacher Company, Inc., and
MATTHEW H. BOYD, Individually, WILLIAM BOYD, as
 former President of John Langenbacher Company Inc.,
and WILLIAM BOYD, Individually, MICHAEL HANRAHAN,
as Corporate Attorney for Architectural Interior Maintenance,
Inc., and MICHAEL HANRAHAN, Individually,

                  Defendants.
------------------------------------------------------------------------------------X

       **IT IS HEREBY CONSENTED** that Jonathan D. Farrell, Esq. of Meltzer, Lippe, Goldstein & Breitstone, LLP hereby appears on behalf of the defendants ARCHITECTURAL INTERIOR MAINTENANCE, INC., JOHN LANGENBACHER COMPANY, INC., JOAN L. BOYD, as Owner of Architectural Interior Maintenance, Inc., JOAN L. BOYD, as Owner of John Langenbacher Company, Inc. and JOAN L BOYDIndividually, MATTHEW H. BOYD, as President of Architectural Interior Maintenance, MATTHEW H. BOYD, as CEO of John Langenbacher Company, Inc., and  MATTHEW H. BOYD, Individually, in  the above entitled action.

Dated:  June 13, 2008
       Mineola, New York

                                          /s/ Jonathan D. Farrell
                                          Jonathan D. Farrell (JDF 7324)
                                          Meltzer, Lippe, Goldstein & Breitstone, LLP
                                          190 Willis Avenue
                                          Mineola, NY 11501
                                          (516) 747-0300

iManage:427687.1