UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X

STEPHEN E. STRAUSS,                                    Case No.: 08-Civ.-1862 (DC)

                           Plaintiff,

    -against-

ARCHITECTURAL INTERIOR MAINTENANCE, INC.,          **RULE 7.1 DISCLOSURE**
JOHN LANGENBACHER COMPANY, INC.,                   **STATEMENT**
JOAN L. BOYD, as Owner of Architectural Interior
Maintenance, Inc., JOAN L. BOYD, as Owner of John
Langenbacher Company, Inc., and JOAN L. BOYD,
Individually, MATTHEW H. BOYD, as President of
Architectural Interior Maintenance, Inc., MATTHEW H.
BOYD, as CEO of John Langenbacher Company, Inc. and
MATTHEW H. BOYD, Individually, WILLIAM BOYD, as
Former President of John Langenbacher Company, Inc., and
WILLIAM BOYD, Individually, MICHAEL HANRAHAN,
As Corporate Attorney for Architectural Interior Maintenance,
Inc., and MICHAEL HANRAHAN, Individually,

                         Defendants.
-------------------------------------------------------------------------X

       Pursuant to Federal Rule of Civil Procedure 7.1 to enable District Judges and Magistrate

Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Defendants, Architectural Interior Maintenance, Inc., John Langenbacher Co. Inc., sued herein as

John Langenbacher Company, Inc., Joan L. Boyd, as Owner of Architectural Interior

Maintenance, Inc., Joan L. Boyd, as Owner of John Langenbacher Co. Inc., Joan L. Boyd,

Individually, Matthew H. Boyd, as President of Architectural Interior Maintenance, Inc.,

Matthew H. Boyd, as CEO of John Langenbacher Co. Inc., and Matthew H. Boyd, Individually

state that neither Architectural Interior Maintenance, Inc. nor John Langenbacher Co. Inc. sued

herein as John Langenbacher Company, Inc. has any parent corporation or any publicly held

corporation that owns 10% or more of their respective stock or shares.

Dated: Mineola, New York
      June 17, 2008

MELTZER, LIPPE, GOLDSTEIN & BREITSTONE, LLP

By:    /s/ John M. Comiskey                   
           Jonathan D. Farrell (JDF 7324)
           Michael H. Masri (MM 3540)
           John M. Comiskey (JC 6883)
           Attorneys for Defendants
           Architectural Interior Maintenance, Inc.,
           John Langenbacher Co. Inc. sued herein as
           John Langenbacher Company, Inc., Joan L. Boyd, and
           Matthew H. Boyd
           190 Willis Avenue
           Mineola, New York 11501
           (516) 747-0300

TO:     Jason M. Wolf, Esq.
        Wolf & Wolf LLP
        Attorneys for Plaintiff
        910 Grand Concourse, Suite 1F
        Bronx, New York 10451

        George R. Hinckley, Jr., Esq.
        Traiger & Hinckley LLP
        Attorneys for Defendant, Michael Hanrahan
        880 Third Avenue, 9th Floor
        New York, New York 10022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------X
STEPHEN E. STRAUSS,

|  |  |
|---|---|
| Plaintiff, | Civil Action No.<br>08 CV 1862<br>(DC) |

    -against-

**AFFIDAVIT OF
SERVICE**

ARCHITECTURAL INTERIOR MAINTENANCE, INC.,
JOHN LANGENBACHER COMPANY, INC.,
JOAN L. BOYD, as Owner of Architectural Interior
Maintenance, Inc., JOAN L. BOYD, as Owner of
John Langenbacher Company, Inc., and JOAN L. BOYD,
Individually, MATTHEW H. BOYD, as President of
Architectural Interior Maintenance, MATTHEW H. BOYD
as CEO of John Langenbacher Company, Inc., and
MATTHEW H. BOYD, Individually, WILLIAM BOYD, as
Former President of John Langenbacher Company Inc.,
and WILLIAM BOYD, Individually, MICHAEL HANRAHAN,
as Corporate Attorney for Architectural Interior Maintenance,
Inc., and MICHAEL HANRAHAN, Individually,

                              Defendants.
------------------------------------------------------------------------------X
STATE OF NEW YORK    )
                         ) ss.:
COUNTY OF NASSAU    )

        Patricia L. Murphy, being duly sworn, deposes and says: I am not a party to this action; I am over 18 years of age; I reside in Nassau County, New York.

        On June 17, 2008, I served a true and correct copy of the within ***Rule 7.1 Disclosure Statement*** by delivering same in enclosed in a post-paid, properly addressed first-class wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York upon:

Jason M. Wolf, Esq.
Wolf & Wolf LLP
Attorneys for Plaintiff
910 Grand Concourse, Suite 1F
Bronx, New York 10451

IManage 435907.1

George R. Hinckley, Jr., Esq.
Traiger & Hinckley LLP
Attorneys for Defendant, Michael Hanrahan
880 Third Avenue, 9th Floor
New York, New York 10022

Sworn to before me this
17th day of June 2008

_Patricia L. Murphy_
Patricia L. Murphy

_John M. Comiskey_
Notary Public

JOHN M. COMISKEY
Notary Public, State of New York
No. 02CO6183367
Qualified in Nassau County
Commission Expires ___3/17/2012___

IManage 435907.1