JUN-23-2008  12:12

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
STEPHEN E. STRAUSS,

                    Plaintiff,

           -against-

ARCHITECTURAL INTERIOR MAINTENANCE, INC.
JOHN LANGENBACHER COMPANY, INC.,
JOAN L. BOYD, as Owner of Architectural Interior
Maintenance, Inc., JOAN L. BOYD, as Owner of
John Langenbacher Company, Inc., and JOAN L. BOYD
Individually, MATTHEW H. BOYD, as President of
Architectural Interior Maintenance, MATTHEW H. BOYD,
as CEO of John Langenbacher Company, Inc., and
MATTHEW H. BOYD, Individually, WILLIAM BOYD, as
Former President of John Langenbacher Company Inc., and WILLIAM BOYD,
Individually, MICHAEL HANRAHAN, as Corporate Attorney
For Architectural Interior Maintenance, Inc., and MICHAEL
HANRAHAN, Individually,

                    Defendants
------------------------------------------------------------X

JURY TRIAL DEMANDED

STIPULATION OF
DISCONTINUANCE
WITH PREJUDICE

08civ1862(DC)

    IT IS HEREBY STIPUALTED AND AGREED pursuant to FRCP 41 (a)(2) between the attorneys for the parties that any and all claims against defendants MATTHEW BOYD and WILLIAM BOYD are hereby withdrawn with prejudice and without costs and expenses to any party.

    IT IS FURTHER STIPULATED AND AGREED that the claims arising under §349 of the General Business Law are withdrawn with prejudice.

Dated: Bronx, New York
June 20, 2008

*[signature]*

WOLF & WOLF LLP
910 Grand Concourse
Suite 1F
Bronx, New York 10451
(718) 410-0653
Attorneys for Plaintiff

*[signature: William O'Donnell]*

O'DONNELL & FOX P.C.
880 Third Avenue, 9th Floor
New York, New York 10022
Attorneys for Defendant William Boyd

*[signature]*

MELTZER, LIPPE, GOLDSTEIN &
BREITSTONE LLP
190 Willis Avenue
Mineola, New York 11501
Attorneys for all remaining Defendants

SO ORDERED
*[signature]*
Honorable Denny Chin
U.S.D.J
6/28/08