

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHEN E. STRAUSS,

                Plaintiff,

    v.

ARCHITECTURAL INTERIOR MAINTENANCE, INC., JOHN LANGENBACHER CO. INC., JOAN L. BOYD, as owner of Architectural Interior Maintenance, Inc., and JOAN L. BOYD individually, MATTHEW H. BOYD, as President of Architectural Interior Maintenance, MATTHEW H. BOYD as CEO of John Langenbacher Company Inc., and MATTHEW H. BOYD, individually, WILLIAM BOYD, as former President of John Langenbacher Company Inc. Inc., and WILLIAM BOYD, individually, MICHAEL HANRAHAN, as corporate attorney for Architectural Interior Maintenance, Inc., and MICHAEL HANRAHAN, individually,

                Defendants.

No. 08 CV 1862 (DC)

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED, by and between undersigned counsel as follows:

1. Counsel for Defendant Michael Hanrahan will serve his papers in support of his motion to dismiss the complaint on September 5, 2008.

2. Counsel for Plaintiff will serve his papers in opposition to the motion to dismiss on or before October 6, 2008.

3. Counsel for Defendant Michael Hanrahan will serve his reply papers in further support of his motion to dismiss the complaint on or before October 20, 2008.

Dated: September 2, 2008

TRAIGER & HINCKLEY LLP

*George Hinckley Jr.*

By: George R. Hinckley Jr. (GH-7511)

501 Fifth Ave. #506
New York, New York 10017-7838
Tel. 212-759-4933
Fax 212-656-1531
Email grh@hinckley.org
Attorneys for Defendant Michael Hanrahan

WOLF & WOLF, LLP

By _____
Jason M. Wolf (Jw-6332)

910 Grand Concourse, #1f
Bronx, New York 10451
Tel. (718) 410-0653
E-Mail: Jmw308@Aol.Com

Attorneys For Plaintiff

MELTZER, LIPPE, GOLDSTEIN & BREITSTONE, LLP

By /s/ John M. Comiskey
John M. Comiskey (JC-9713)

190 Willis Avenue
Mineola, NY 11501
516-357-3565
Fax: 516-357-3333
Email: jcomiskey@meltzerlippe.com
Attorneys for Defendants
 Architectural Interior Maintenance, Inc.,
John Langenbacher Co. Inc., and Joan L. Boyd

SO ORDERED

_____
U. S. D. J

Dated: 9/4/08