George R. Hinckley Jr. (GH-7511)
TRAIGER & HINCKLEY LLP
501 Fifth Ave. #506
New York, New York 10017-7838
Tel. 212-759-4933
Fax 212-656-1531
Email grh@hinckley.org

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN E. STRAUSS,<br><br>       Plaintiff,<br><br>     v.<br><br>ARCHITECTURAL INTERIOR MAINTENANCE, INC., JOHN LANGENBACHER CO. INC., JOAN L. BOYD, as owner of Architectural Interior Maintenance, Inc., and JOAN L. BOYD individually, MATTHEW H. BOYD, as President of Architectural Interior Maintenance, MATTHEW H. BOYD as CEO of John Langenbacher Company Inc., and MATTHEW H. BOYD, individually, WILLIAM BOYD, as former President of John Langenbacher Company Inc. Inc., and WILLIAM BOYD, individually, MICHAEL HANRAHAN, as corporate attorney for Architectural Interior Maintenance, Inc., and MICHAEL HANRAHAN, individually,<br><br>       Defendants. | No. 08 CV 1862 (DC)<br><br>**NOTICE OF MOTION** |

   PLEASE TAKE NOTICE that, pursuant to the Stipulation and Order of this Court dated

September 4, 2008, and upon the annexed Declaration of George R. Hinckley, Jr., Esq. dated

September 5, 2008 and the exhibits thereto; and the accompanying Memorandum of Law,

Defendant Michael Hanrahan will move the Court, pursuant to Federal Rules of Civil Procedure

–2–

12(b)(6) and 9(b), and for an Order dismissing Plaintiff's Complaint as against Defendant Michael Hanrahan.

Dated: September 5, 2008
        New York, New York

TRAIGER & HINCKLEY LLP

By: _/ s_____
    George R. Hinckley, Jr. (GH-7511)

501 Fifth Ave. #506
New York, New York 10017-7838
Tel. 212-759-4933
Fax 212-656-1531
Email grh@hinckley.org

*Attorneys for Defendant*
*Michael Hanrahan*

TO:

Jason M. Wolf, Esq.
Wolf & Wolf, LLP
910 Grand Concourse, #1f
Bronx, New York 10451
Tel. (718) 410-0653
E-Mail: Jmw308@Aol.Com

*Attorneys for Plaintiff*
*Stephen E. Strauss*

John M. Comiskey, Esq.
Meltzer, Lippe, Goldstein & Breitstone, LLP
190 Willis Avenue
Mineola, NY 11501
516-357-3565
Fax: 516-357-3333
Email: jcomiskey@meltzerlippe.com

*Attorneys for Defendants*
*Architectural Interior Maintenance, Inc.,*
*John Langenbacher Co. Inc., and Joan L. Boyd*